IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN NELSON, | ) |
| | ) 2:21-cv-114 |
| Plaintiff, | ) |
| | ) Hon. J. Nicholas Ranjan |
| vs. | ) |
| | ) Magistrate Judge Patricia L. Dodge |
| GEORGE LOWTHER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT & RECOMMENDATION (ECF 44)**

This is a *pro se* prisoner civil rights action. This matter was referred to Magistrate Judge Patricia L. Dodge for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation filed by Judge Dodge on June 2, 2022 (ECF 44), recommending that the Court dismiss Mr. Nelson's amended complaint (ECF 28) for failure to prosecute. The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), objections to the Report & Recommendation were originally due by June 16, 2022, for unregistered ECF users. Mr. Nelson requested, and the Court granted, two extensions of this deadline. ECF 46; ECF 48. Mr. Nelson's final deadline was August 26, 2022. Copies of all these orders were mailed to Mr. Nelson. Despite these repeated extensions, Mr. Nelson failed to file any objections or otherwise respond in a meaningful way to the Report & Recommendation

Upon a plain error standard of review of the record of this matter and the Report and Recommendation, the Court finds no clear error on the face of the record.

Therefore, this 9th day of September, 2022, it is **ORDERED** that Mr. Nelson's complaint is **DISMISSED** for failure to prosecute. The Report & Recommendation is adopted as the opinion of the Court.

- 2 -

The Clerk of Court shall mark this case as **CLOSED**.

                              BY THE COURT:

                              /s/ *J. Nicholas Ranjan*
                              United States District Judge